IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JACKIE G. HOWELL,
    Plaintiff,

vs.                                            CASE NO.: 5:04cv405/LAC/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 17, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

       Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now ORDERED as follows:

       1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.    The decision of the Commissioner is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g), this case is remanded to the Commissioner for further

**proceedings consistent with the report and recommendation of the Magistrate Judge, and the clerk is directed to close the file.**

      **DONE AND ORDERED this 22nd day of August, 2005.**


      *s/L.A. Collier*
      **LACEY A. COLLIER**
      **SENIOR UNITED STATES DISTRICT JUDGE**