IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JACKIE G. HOWELL,**
    **Plaintiff,**

v.                                                     **5:04cv405/LAC/MD**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
    **Defendant.**
_____

**ORDER**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 12, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

       Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now ORDERED as follows:

       1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      Plaintiff's counsel, Chantal J. Harrington, Esquire, is entitled to recover a reasonable fee for representing plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); attorney fees of $3,288.02 under the EAJA are reasonable; and the Commissioner is directed to pay counsel that amount.

**DONE AND ORDERED** this 16th day of November, 2005.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**